Original

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CABN 202121)
Acting Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant U.S. Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6940
Facsimile: (415) 436-7234
E-mail: kirstin.ault@usdoj.gov

Attorneys for the United States

FILED
AUG X 8 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JCS

3 - 07 - 70471

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF PROCEEDINGS ON |
| v. | ) | OUT-OF-DISTRICT CRIMINAL |
| | ) | CHARGES PURSUANT TO RULES |
| RAYMOND MICHAEL FOAKES | ) | 5(c)(2) AND (3) OF THE FEDERAL RULES |
| | ) | OF CRIMINAL PROCEDURE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about August 8, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued in case number 03-CR-00512-JCM-PAL-12 in the District of Nevada, upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

X Other (describe): Petition for Action on Conditions of Pre-trial Release

1 | In that case, the defendant is charged with a violation of Title 18, United States Code, Section 3148, violation of conditions of pre-trial release.

Description of Charges: Defendant failed to submit to pre-trial services supervision and failed to submit to drug monitoring.

Maximum Penalties: revocation of release, order of detention, prosecution for contempt of court.

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: 8/8/07

KIRSTIN M. AULT
Assistant U.S. Attorney

08/08/2007 10:21 14154367669 US MARSHALS SF PAGE 02/09
08/08/2007 WED 09:51 FAX 7024646631 US PRETRIAL SERVICE ☒008
AUG-08-2007(WED) 08:37 Judge Mahan's chambers (FAX)702 464 5521 P.008/009

Case 3:07-mj-70471-JCS    Document 1    Filed 08/08/2007    Page 3 of 8

Case 2:03-cr-00542-JCM-PAL    Document 1666-2 *SEALED*    Filed 08/06/2007    Page 1 of 2

%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Nevada

UNITED STATES OF AMERICA

V.

Raymond Michael FOAKES

**WARRANT FOR ARREST**

Case Number: 2:03-cr-00512-JCM-PAL-12

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    RAYMOND MICHAEL FOAKES
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice

charging him or her with (brief description of offense)
PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

in violation of Title  18  United States Code, Section(s)  3148(b)

Name of Issuing Officer

Signature of Issuing Officer
August 8, 2007

Title of Issuing Officer    Date    Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

08/08/2007 10:21 14154367559 US MARSHALS SF PAGE 05/09
Case 3:07-mj-70471-JCS Document 1 Filed 08/08/2007 Page 4 of 8
08/08/2007 WED 09:50 FAX 7024645831 US PRETRIAL SERVICE ☒003
AUG-08-2007(WED) 08:35 Judge Mahan's chambers (FAX)702 164 5521 P.003/009

Case 2:03-cr-00542-JCM-PAL   Document 1666 *SEALED*   Filed 08/06/2007   Page 2 of 6

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Raymond Michael FOAKES     Docket No.   2:03-cr-00542-JCM-PAL-12

### Petition for Action on Conditions of Pretrial Release

Comes now Erin Oliver, U.S. PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Raymond Michael FOAKES, who was placed under pretrial release supervision by the Honorable James C. Mahan, in the Court at Las Vegas, Nevada, on February 13, 2004, on a Personal Recognizance Bond, with the following conditions:

1. Pretrial Services supervision.
2. Maintain employment.
3. Travel restricted to Nevada and Northern California to resolve warrant.
4. Avoid contact with codefendants unless in the presence of counsel.
5. Resolve outstanding warrants in 60 days.
6. Refrain from possessing a firearm, destructive device, or other dangerous weapon.
7. Refrain from unlawful possession of a narcotic drug or other controlled substances.
8. Submit to drug monitoring.
9. Participate in a program of inpatient or outpatient treatment as deemed necessary.
10. Maintain residence with Troy Regas.
11. Subject to search of person, residence, or vehicle.
12. Register as felon in Washoe County, NV.
13. Participate in home detention component of home confinement program with electronic monitoring and abide by all requirements of the program.
14. Do not commit any offense against any federal, state, or local law.

On August 17, 2004, the defendant's bond was revoked due to violations.

On November 16, 2004, the defendant was re-released on bond with the following condition:

1. Pretrial Services supervision.
2. Released for 20 week intensive inpatient at Salvation Army.

On March 23, 2005, the defendant's bond was modified as follows:

1. Pretrial Services supervision.
2. Maintain residence with his mother and do not move without the permission of Pretrial Services.
3. Seek/maintain employment.
4. Do not associate with those who use or possess controlled substances.
5. Submit to drug monitoring and counseling as deemed necessary by Pretrial Services.
6. Do not use or possess controlled substances.
7. Do not possess any firearms, explosive devices, or dangerous weapons.
8. Submit to search of person, residence, and vehicle for controlled substances and weapons.
9. Travel restricted to the Northern and Eastern Districts of California and Nevada, for court related purposes only.
10. Do not commit nay offense against any federal, state, or local law.

08/08/2007 10:21  14154357669  US MARSHALS SF  PAGE 06/09
08/08/2007 WED 09:30 FAX 7024045031  US PRETRIAL SERVICE  @004
AUG-08-2007(WED) 08:36  Judge Mahan's chambers  (FAX)702 464 5521  P.004/009

Case 3:07-mj-70471-JCS  Document 1  Filed 08/08/2007  Page 5 of 8

Case 2:03-cr-00542-JCM-PAL  Document 1566 *SEALED*  Filed 01/06/2007  Page 3 of 6

Petition for Action on Conditions of Pretrial Release
Re: Raymond Michael FOAKES
August 2, 2007
Page 2

On June 6, 2006, Mr. Foakes was arrested on new federal charges in the Northern District of California. He remained in custody until October 2, 2006, when he was ordered released on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services supervision.
2. Maintain residence at 3896 Brighthill Avenue, Las Vegas, Nevada 89121, with David Harbridge.
3. Participate in the home incarceration component of the home confinement program with electronic monitoring, which may include GPS. Release includes attending trail, meeting with counsel for preparation for trial, and reporting to Pretrial Services.
4. Submit to drug testing as directed by Pretrial Services.
5. Do not use or possess controlled substances.
6. Travel restricted to Clark County, Nevada.
7. Do not possess any firearm, ammunition, or dangerous weapons.

On October 11, 2007, the defendant entered a guilty plea to the charge of Violent Crime in Aid of Racketeering. At that time, Mr. Foakes was ordered to reside at 748 M II Street, Santa Rosa, California. On October 12, 2006, the defendant's bond was modified as follows, to add:

1. Maintain/seek employment.
2. Submit to the home detention component of the home confinement program, with electronic monitoring.
2. Travel restricted to the state of California and Clark County, Nevada, for the purpose of court hearings and meetings with attorney.

On February 13, 2007, the defendant was sentenced to 12 months and 1 day custody of the Bureau of Prisons, concurrent to the federal California case and the state of Nevada case, 3 years supervised release, and a $100 assessment. The defendant's surrender for service of this sentence has been stayed pending the outcome of the Northern District of California case and the state of Nevada case.

On July 30, 2007, the defendant's bond was modified to remove home detention with electronic monitoring.

Respectfully presenting Petition for Action of Court and for cause as follows:

The defendant failed to comply with the following conditions:

1. Pretrial Services supervision.
2. Submit to drug monitoring.

· 08/08/2007 10:21 14154367669 US MARSHALS SF PAGE 07/09
08/08/2007 WED 08:37 FAX 7024843631 JCS ⌀005
Case 3:07-mj-70471-JCS Document 1 Filed 08/08/2007 Page 6 of 8
AUG-08-2007(WED) 08:36 Judge Mahan's Chambers (FAX)702 164 5521 P.005/009

Case 2:03-cr-00542-JCM-PAL Document 1566 *SEALED* Filed 011/06/2007 Page 4 of 6

PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED, AND A HEARING BE HELD, TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this ___8___ day of __August__, 2007, and ordered filed and made a part of the records in the above case.

_____
Honorable James C. Mahan
U.S. District Court Judge

I declare under penalty of perjury that the information contained herein is true and correct. Executed on this 2nd day of August, 2007.

Respectfully Submitted,

/s/ _____
Erin Oliver
U.S. Pretrial Services Officer
Place: Las Vegas, Nevada
Date: August 2, 2007

08/08/2007 10:21  14154367669  US MARSHALS SF  PAGE 08/09
Case 3:07-mj-70471-JCS  Document 1  Filed 08/08/2007  Page 7 of 8
08/08/2007 WED 09:32 FAX 7024644663  US PRETRIAL SERVICES  ☒006
AUG-08-2007(WED) 08:36  Judge Mahan's chambers  (FAX)702 464 5521  P.006/009

Case 2:03-cr-00542-JCM-PAL  Document 1566 *SEALED*  Filed 08/06/2007  Page 5 of 8

Petition for Action on Conditions of Pretrial Release
Re: Raymond Michael FOAKES
August 2, 2007
Page 3

Respectfully presenting Petition for Action of Court and for cause as follows:

1. **Pretrial Services Supervision:** The defendant failed to report to Pretrial Services in the District of Nevada as directed on July 30, 2007 and on July 31, 2007.

2. **Submit to Drug Monitoring:** The defendant failed to submit to a drug test as directed by Pretrial Services in the District of Nevada on July 30, 2007.

The defendant's next court date is set for a status check on December 10, 2007.

All in violation of Title 18, U.S.C., Section 3148(b).

APPROVED:

/s/
_____
James J. Kingeru, Supervising
U.S. Pretrial Services Officer

08/08/2007 10:21 14154367569 US MARSHALS SF PAGE 09/09
Case 3:07-mj-70473-JCS Document 1 Filed 08/08/2007 Page 8 of 8
AUG-08-2007(WED) 08:36 Judge Mahan's chambers (FAX)702 464 5521 P.007/009

Case 2:03-cr-00542-JCM-PAL Document 1566 *SEALED* Filed 08/06/2007 Page 6 of 6

1  Steve MYHRE
   Acting United States Attorney
2  Andrew Duncan
   Assistant United States Attorney
3  Lloyd D. George U.S. Courthouse
   333 Las Vegas Blvd. So., Rm. 5000
4  Las Vegas, NV 89101
   (702) 388-6336
5
                    UNITED STATES DISTRICT COURT
6                        District of Nevada

7  United States of America,)   Case 2:03-cr-00542-JCM-PAL-12
        Plaintiff,           )
8       vs                   )   PETITION FOR ACTION
   Raymond Michael FOAKES    )   ON CONDITIONS OF
9       Defendant.           )   PRETRIAL RELEASE

10
            Attached hereto and expressly incorporated herein is
11
   a Petition for Action on Conditions of Pretrial Release
12
   concerning the above-named defendant prepared by Erin Oliver,
13
   U.S. Pretrial Services Officer. I have reviewed that Petition
14
   and believe there is sufficient credible evidence which can be
15
   presented to the Court to prove the conduct alleged and I concur
16
   in the recommended action requested of the Court on August 2,
17
   2007            .
18
                                    Daniel G. Bogden
19                                  United States Attorney

20
                              By    /s/
21                                  Andrew Duncan
                                    Assistant U.S. Attorney
22

23

24

25

26