AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

2007 AUG -9 AM 10: 56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| RAYMOND MICHAEL FOAKES | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. Dist of CA | District of NV | 3-07-70471 JCS | 03-CR-00512 JCS-PAL-12 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify) Petition for Action on Pretrial Release

charging a violation of    18    U.S.C. § 3148

**DISTRICT OF OFFENSE**
District of NV (Las Vegas)

**DESCRIPTION OF CHARGES:**

Violation of conditions of pre-trial release. Dft failed to submit to pre-trial services supervision and failed to submit to drug monitoring.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)  Dft waived his detention hearing.
Bond, if any, shall be transferred to the District of Offense

| Representation: | X Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | X No | ☐ Yes | Language: | |

**NORTHERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| August 9, 2007 | JOSEPH C. SPERO |
|---|---|
| Date | UNITED STATES MAGISTRATE JUDGE |
| | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

<div style="text-align: left; font-size: small;">United States District Court<br>For the Northern District of California</div>

<div style="text-align: center;">

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff(s),<br><br>      v.<br><br>RAYMOND MICHAEL FOAKES,<br><br>            Defendant(s).<br>_____/ | No. 3-07-70471 (JCS)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Kirsten Ault
Asst. U.S. Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

Anthony Brass
Law Office of Anthony Brass
3223 Webster Street
San Francisco, CA   94123

Rich Sarlatte
US Pretrial Services
450 Golden Gate Ave.
San Francisco, CA 94102

U.S. Marshal Service  w/4 certified copies

RICHARD W. WIEKING, CLERK

BY: *Karen L. Hom* (signature)
Karen L. Hom, Courtroom Deputy